1  Frank A. Silane (State Bar No.: 90940)
   Jennifer J. Johnston (State Bar No.: 125737)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299
   Email: fsilane@condonlaw.com
5  Email: jjohnston@condonlaw.com

6  Attorneys for Defendant
   COMPANIA MEXICANA DE AVIACION, S.A. DE C.V.
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 | MARIA SANCHEZ, individually and on behalf of all others similarly situated, | Case No. CV 07-7196 R (RCx)
12 | | **JUDGMENT**
   |            Plaintiffs, |
13 | |
   |     vs. |
14 | |
   | COMPANIA MEXICANA DE |
15 | AVIACION S.A., doing business as |
   | MEXICANA AIRLINES, and DOES 1 |
16 | through 100, inclusive, |
   | |
17 |            Defendants. |

18
       This action came on for hearing before the Court on March 3, 2008,
19
   Honorable Manuel L. Real, District Judge Presiding, on a motion for summary
20
   judgment, and the evidence presented having been fully considered, the issues
21
   having been duly heard and a decision having been duly rendered,
22
       IT IS ORDERED AND ADJUDGED that plaintiffs take nothing; that
23
   plaintiffs' claims be dismissed on the merits; and that defendant Compania
24
   Mexicana de Aviacion, S.A. de C.V. recover its costs.
25

26 Dated: March 25, 2008

27                                      _____
                                        Honorable Manuel L. Real
28                                      United States District Judge